No. 12–6501. MOORE v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 12–6598. WILLIAMS v. SHEAHAN, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ▮

No. 12–6637. SERFASS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 12–6638. SANTIAGO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 12–6645. SMITH v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. ▮

No. 12–6653. BARREN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 12–6655. LOC HUU BUI ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 12–6659. VILLA-MADRIGAL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 12–6662. RAMIREZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 12–6667. KELLY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 12–6668. SHERLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 12–6669. MACK v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 12–6674. CARNAHAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 12–6686. CHANTHACHACK v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮